# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERMAINE "NATHANIEL" GLYNN,  :  Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 20-CV-1393 |
| : | |
| ELLSWORTH CONGREGATION OF : JEHOVAH'S WITNESSES, *et al.*, :  Defendants. : | |

## ORDER

AND NOW, this 27th day of April, 2020, upon consideration of Plaintiff Jermaine "Nathaniel" Glynn's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons in the Court's Memorandum.

4. Glynn may file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Glynn's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting his amended complaint, Glynn should be mindful of the Court's reasons for dismissing the claims in his initial Complaint as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

5. The Clerk of Court is **DIRECTED** to send Glynn a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number.  Glynn may use this form to file his amended complaint if he chooses to do so.  Alternatively, Glynn may access a copy of this Court's current standard form to be used by a self-represented litigant filing a civil action on the Court's website, http://www.paed.uscourts.gov/documents/forms/frmcgenf.pdf.  Glynn may use this form to file his amended complaint if he chooses to do so, and is reminded to mark this and all documents with "Civil Action 20-1393".

6. If Glynn fails to file an amended complaint in accordance with this Order, his case may be dismissed without further notice.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

---
**WENDY BEETLESTONE, J.**